Lisa E. Leschuck
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124

```
                              FILED
                         U.S. DISTRICT COURT
                         DISTRICT OF WYOMING

                         2012 MAR 15  PM 5 57

                         STEPHAN HARRIS, CLERK
                               CASPER
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ROBERT ARTHUR REED** )<br>a/k/a Ben Stauffer )<br>a/ka Ben Staupher )<br>a/k/a Ben Stopher, )<br>**LAUREN ELIZABETH SCOTT** )<br>a/k/a Jillian Taylor, and )<br>**CHRISTOPHER PONISH**, )<br>)<br>Defendants. ) | Criminal No. **12 CR 0058-S**<br><br>MOTION FOR DETENTION HEARING |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves the following:

   \_\_  Crime of violence (18 U.S.C. § 3156)

   \_\_  Maximum sentence life imprisonment or death

   \_\_  10+ year drug offense

    ✓    Serious risk Defendant will flee

    __    Felony, with two prior convictions in above categories

    __    Serious risk obstruction of justice

2. <u>Reason for Detention.</u> The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    ✓    Defendant's appearance as required

    ✓    Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

    __    Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    __    Probable cause to believe Defendant committed the crime of child exploitation

    __    Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

    __    At first appearance

    ✓    After a continuance of three days

DATED this 13th day of March, 2012.

                                      Respectfully submitted,

                                      CHRISTOPHER A. CROFTS
                                      United States Attorney

By:                     /s/                    
                                      LISA E. LESCHUCK
                                      Assistant United States Attorney